AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

USA

V.

MARIO EARL

## EXHIBIT AND WITNESS LIST

Case Number: 1:23-CR-335-ELR-RGV

| PRESIDING JUDGE<br>RUSSELL G. VINEYARD | PLAINTIFF'S ATTORNEY<br>MATT LAGRONE | DEFENDANT'S ATTORNEY<br>GABE BANKS |
|---|---|---|
| TRIAL DATE(S)<br>06/16/2025 | COURT REPORTER<br>ALICIA BAGLEY | COURTROOM DEPUTY<br>A. ZARKOWSKY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 8 | | 6/25/2025 | Y | Y | Fulton County-Residential Review Document |
| 9 | | 6/25/2025 | Y | Y | qPublic.net 6470 Wright Cir. Sandy Springs |
| | | | | | |
| | 95 | 7/8/2025 | Y | Y | Pole Camera Footage |
| | 96 | 7/8/2025 | Y | Y | Pole Camera Footage |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages