IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL CASE NO. |
| v. | : |
| | : 1:23-cr-00335-ELR-RGV |
| MARIO EARL | : |
| RAMONDO LYNCH | : |

## ORDER

Pending before the Court are defendants Mario James Earl and Ramondo Lynch's unopposed motions to extend time to file reply briefs in support of their motions to suppress, [Docs. 349 & 350], and for good cause shown, the motions are **GRANTED**. The revised deadlines for the defendants to file replies in support of their motions to suppress are as follows:

| Location | Motions | Reply Due |
|---|---|---|
| 10 Center Street | Docs. 215, 256, 257, & 259 | September 11, 2025 |
| 6470 Wright Circle | Docs. 252, 254 | September 11, 2025 |

**IT IS HEREBY ORDERED** that the period between the original due date of the defendants' replies in support of their motions, August 11, 2025, and the extended date to complete the briefing, September 11, 2025, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court

finds that the extension of time is warranted because counsel for defendants require additional time to prepare their replies due to the press of other business, and the interests of justice in granting the extension outweigh the interests of defendants and the public in a speedy trial.

**IT IS SO ORDERED**, this 8th day of August, 2025.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE