IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 1:23-CR-0335-ELR-RGV |
| | : | |
| MARIO J. EARL, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

STEVEN H. SADOW hereby enters his appearance as counsel for MARIO J.

EARL.

Respectfully submitted,

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Attorney for Defendant
Georgia Bar No. 622075

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia  30303
404-577-1400
stevesadow@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to all parties of record.

*/s/ Steven H. Sadow*
STEVEN H. SADOW