LAW OFFICE
# STEVEN H. SADOW, P.C.
260 PEACHTREE STREET, N.W.
SUITE 2502
ATLANTA, GEORGIA 30303

(404) 577-1400
Fax (404) 577-3600

September 8, 2025

Michelle Beck
Deputy Clerk
Honorable Eleanor L. Ross
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Amanda Zarkowsky
Deputy Clerk
Honorable Russell G. Vineyard
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Re: *United States v. Mario J. Earl*
Case No. 1:23-CR-0335-ELR-RGV
**NOTICE OF LEAVES OF ABSENCE**

Dear Ms. Beck and Ms. Zarkowsky:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa., that I will be out of the office for the following time periods:

September 8-19, 2025
October 8-27, 2025

I am requesting that the above-styled case not be calendared during the period of my absence.

Sincerely,

/s/ *Steven H. Sadow*
Steven H. Sadow

SHS:cmp