IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | INDICTMENT NO. |
| v. | ) | 1:23-cr-00335-ELR-RGV |
| | ) | |
| MARIO JAMES EARL, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER
GRANTING MOTION TO EXTEND TIME TO FILE REPLY BRIEFS**

Before the Court is Defendant's "Unopposed Motion to File Reply Briefs In Support of His Motions to Suppress (Doc. 213-215, 254, 256-257, and 259). Having considered this matter, and for good cause shown, this motion is **GRANTED.**

**IT IS HEREBY ORDERED** that Defendant has until September 25, 2025, to file reply briefs in support of his motions to suppress.

**IT IS HEREBY FURTHER ORDERED** that the period between the original due date of the Defendant's reply briefs, September 11, 2025, and the extended date to complete the briefing, September 25, 2025, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that the extension of time is warranted because defendant's counsel requires

additional time to prepare responses, and the interests of justice in granting the extension outweigh the interests of defendant's and the public in a speedy trial

**IT IS SO ORDERED**, this the ___ day of September, 2025.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE