IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL CASE NO. |
| v.  : | |
| : | 1:23-cr-00335-ELR-RGV |
| MARIO EARL : | |
| RAMONDO LYNCH : | |
| TUROMNE WASHINGTON : | |

**ORDER**

Pending before the Court are defendants Mario James Earl, Ramondo Lynch, and Turomne Washington's unopposed motions to extend time to file reply briefs in support of their motions to suppress, [Docs. 375, 377, & 378], and for good cause shown, the motions are **GRANTED**. The deadline for the defendants to file replies in support of their motions to suppress, [Docs. 215, 217, 220, 252, 253, 254, 256, 257, 259, & 263], shall be extended through and including September 25, 2026.

**IT IS HEREBY ORDERED** that the period between the original due date of the defendants' replies in support of their motions, September 11, 2025, and the extended date to complete the briefing, September 25, 2025, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that the extension of time is warranted because counsel for defendants require additional time to prepare their replies due to the press of other business,

and the interests of justice in granting the extension outweigh the interests of defendants and the public in a speedy trial.

    **IT IS SO ORDERED**, this 11th day of September, 2025.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE