

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

September 17, 2025

Courtroom Deputy United
States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Re: 

| | |
|---|---|
| USA v. Miguel Gomez-Martinez | 1:12-CR-00248 |
| USA v. Jose Pineda-Arzarte | 1:15-CR-00238 |
| USA v. Omar Pineda Celis | 1:17-CR-00365 |
| USA v. Susano Sanchez-Sanchez | 1:17-CR-00293 |
| USA v. Euclides Camacho-Goicochea | 1:17-CR-00294 |
| USA v. Ismael Sanchez-Sanchez | 1:17-CR-00295 |
| USA v. Rodolfo Maldonado-Bustos | 1:17-CR-00297 |
| USA v. Melvin Alexander Morales-Giron | 1:18-CR-00414 |
| USA v. Caojo Detori Steward, et al | 1:19-CR-00435 |
| USA v. Cristian Eduardo Garcia-Jerez | 1:21-CR-00061 |
| USA v. Samuel Barrera-Andrade, et al | 1:21-CR-00401 |
| USA v. Jesus Andres Miranda Cota, et al | 1:22-CR-00293 |
| USA v. Zhi Dong Zhang | 1:22-CR-00294 |
| USA v. Mario J. Earl, et al | 1:23-CR-00335 |
| USA v. Jonas Martinez, et al | 1:24-CR-00134 |
| USA v. Natalio Maldonado-Pineda | 1:24-CR-00173 |
| USA v. Carlos Daniel Leyva | 1:24-CR-00204 |
| USA v. Tyronne Johnson, Jr. | 1:25-CR-00301 |
| USA v. Mariana Leon Marmol | 1:25-CR-00339 |
| USA v. Zhi Dong Zhang | 1:25-MJ-00672 |
| USA v. Ceila Lara-Rios, et al | 1:25-MJ-00721 |

Dear Courtroom Deputy:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on:

October 2nd – October 23rd, 2025

November 26th – December 1st, 2025

December 23rd – December 29th, 2025

January 6th – January 23rd, 2026

February 9th – 13th, 2026

February 27th – March 11th, 2026

April 3rd – 6th, 2026

   I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

                                        Sincerely,

                                        THEODORE S. HERTZBERG
                                      *United States Attorney*

                                        */s/ Sandra E. Strippoli*
                                        SANDRA ELIZABETH STRIPPOLI
                                        *Assistant United States Attorney*

cc:  Counsel for Defendants