# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | 1:23-CR-0335-ELR |
| MARIO J. EARL, et al., | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

The undersigned finds that she has a conflict in this case. Pursuant to Canon 3(C) of the Code of Conduct for United States Judges, the undersigned **RECUSES** from this case and **DIRECTS** the Clerk to reassign this action to another judge in accordance with the Internal Operating Procedures of this Court.

**SO ORDERED**, this 6th day of October, 2025.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia