# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL CASE NO. |
| v. | : |
| | : 1:23-cr-00335-ELR-RGV |
| MARIO J. EARL | : |

## ORDER

Defendant Mario James Earl has filed an unopposed motion to extend time to file reply briefs in support of his motions to suppress. [Doc. 393]. It is the fourth extension of the time to file his reply briefs sought by defendant, and he indicates it is necessitated by difficulty viewing pole camera evidence from Seattle, Washington. [Id. at 2-4]. Having considered the matter, it is hereby **ORDERED** that the motion is **GRANTED in part and DENIED in part**. The deadline for the defendant to file replies in support of his motions to suppress pertaining to the searches in Seattle, Washington, [Docs. 215 & 259], shall be extended through and including November 26, 2025. However, the defendant's replies in support of his other motions to suppress, [Docs. 213, 214, 254, 256, & 257], are due on November 7, 2025.

**IT IS HEREBY ORDERED** that the period between the original due date of the defendant's replies in support of their motions, October 27, 2025, and the

extended date to complete the briefing, November 26, 2025, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that the extension of time is warranted because counsel for defendant requires additional time to review discovery and prepare the replies, and the interests of justice in granting the extension outweigh the interests of defendant and the public in a speedy trial.

**IT IS SO ORDERED**, this 24th day of October, 2025.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE