IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | :: | |
|---|---|---|
| | :: | CRIMINAL CASE NO. |
| v. | :: | 1:23-cr-00335-MLB-RGV |
| | :: | |
| MARIO J. EARL | :: | |

**ORDER FOR SERVICE OF MAGISTRATE JUDGE'S
REPORT, RECOMMENDATION, AND ORDER**

Attached is the Report, Recommendation, and Order of the United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1) and Local Criminal Rule 59(2)(a)-(b).  Let the same be filed and a copy, with a copy of this Order, be served upon counsel for the parties.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the Report and Recommendation within fourteen (14) days of receipt of this Order.  Unless otherwise ordered by the Court, "objections and any responses thereto are limited in length to twenty-five (25) pages," and "[r]eply briefs may not be filed unless the moving party requests, and the presiding judge grants, leave to do so."  LCrR 59(3), NDGa.  Should objections be filed, they shall specify with particularity the alleged error(s) made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party.  See United States v. Gaddy, 894 F.2d 1307, 1315 (11th Cir. 1990).  The party filing objections

will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court.  Failure to object to this Report and Recommendation waives a party's right to review, and on appeal, the Court of Appeals will deem waived any challenge to factual and legal findings to which there was no objection, subject to interests-of-justice plain error review.  See Harrigan v. Metro Dade Police Dep't Station #4, 977 F.3d 1185, 1191-92 (11th Cir. 2020); Fed. R. Crim. P. 59(b)(2); see also 11th Cir. R. 3-1 ("A party failing to object to a magistrate judge's findings or recommendations . . . waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object.").

Pursuant to Title 18, U.S.C. § 3161(h)(1)(D) and (H), **the above-referenced fourteen (14) days allowed for filing objections is EXCLUDED from the computation of time under the Speedy Trial Act, whether or not objections are actually filed.**  If objections to this Report and Recommendation are filed, the Clerk is **DIRECTED** to **EXCLUDE** from the computation of time all time between the filing of the Report, Recommendation, and Order and the submission of the Report, Recommendation, and Order along with any objections, responses and replies thereto, to the District Judge.  18 U.S.C. § 3161(h)(1)(D), (H); Henderson v. United States, 476 U.S. 321, 331 (1986); United States v. Mers, 701 F.2d 1321, 1337

(11th Cir. 1983). The Clerk is **DIRECTED** to submit the Report, Recommendation, and Order with objections, if any, to the District Court after expiration of the above time period.

**IT IS SO ORDERED** and **DIRECTED**, this 13th day of February, 2026.

/s/ Russell G. Vineyard
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE