UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | CRIMINAL INDICTMENT NO.: |
| v.   ) | |
| ) | 1:23-cr-335-MLB-RGV |
| MARIO EARL,   ) | |
| RAMONDO LYNCH,   ) | |
| TUROMNE WASHINGTON, and   ) | |
| JOVAN JACKSON, JR.   ) | |

# **ORDER**

WHEREAS, this Court, having read and considered the above Defendants' CONSENT MOTION TO EXTEND TIME TO FILE OBJECTIONS TO THE REPORTS AND RECOMMENDATIONS ON PENDING MOTIONS TO SUPPRESS AND RELATED REPORTS AND RECOMMENDATIONS, and with the consent of the opposing counsel, IT IS HEREBY ORDERED AND ADJUDGED as follows:

The court GRANTS the Motion to extend time to file objections to the Reports and Recommendations until March 30, 2026, for the following R&R's filed by the Magistrate on February 13, 2026:  Dkt. ## 422, 424, 426, 428.

In addition, the government, with the agreement of the parties, will have until March 30, 2026, to file its Rule 16(a)(1)(G) Expert Disclosures.

SO ORDERED this 24th day of February, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE