

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

| | |
|---|---|
| *Richard Russell Federal Building* | *Telephone: (404) 581-6000* |
| *75 Ted Turner Drive S.W.* | *Fax: (404) 581-6181* |
| *Suite 600* | |
| *Atlanta, Georgia 30303* | |

April 16, 2026

Courtroom Deputies
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

| Re | USA v. Wilfort Foster, et al | 4:22-cr-00017 |
|---|---|---|
| | USA v. Ismael Guerrero-Moya | 1:20-cr-00196 |
| | USA v. Giberto Sanchez | 1:21-cr-00066 |
| | USA v. Mario J. Earl, et al | 1:23-cr-00335 |
| | USA v. Michael Mack, Jr. | 1:24-cr-00116 |
| | USA v. Antonio Morgan | 1:24-cr-00259 |
| | USA v. Wayne Alford, et al | 1:24-cr-00340 |
| | USA v. Braulio Sanchez-Moreno, et al | 1:25-cr-00046 |
| | USA v. Jose Dejesus Chavez | 1:25-cr-00171 |
| | USA v. Antwaun Brown | 1:25-cr-00182 |
| | USA v. Cyril Vickers | 1:25-cr-00263 |
| | USA v. Francisco Garcia | 1:25-cr-00409 |
| | USA v. Dyeshaun Green | 1:25-cr-00448 |
| | USA v. Marco Antonio Cueto-Rosales | 1:25-cr-00473 |
| | USA v. Javaris McClendon | 1:25-cr-00531 |
| | USA v. Kenniel Gibbs | 1:26-cr-00130 |
| | USA v. Ismael Martinez-Reducindo | 1:26-cr-00135 |
| | USA v. Martin Armando Gonzalez-Martinez | 1:26-mj-00244 |
| | USA v. Anitra Brabson | 4:25-cr-00019 |

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on: **May 30, June 8 through 11, June 22 through 26, November 23 through 27, December 23 through 31, 2026 and January 6, 2027.**

I respectfully request that the Court not schedule any court appearances in the above-referenced matters for those dates.

Sincerely,

THEODORE S. HERTZBERG
*United States Attorney*


*/s/ Matthew R. LaGrone*
MATTHEW R. LAGRONE
*Assistant United States Attorney*

cc: Counsel for Defendants