LAW OFFICE

# STEVEN H. SADOW, P.C.

260 PEACHTREE STREET, N.W.

SUITE 2502

ATLANTA, GEORGIA 30303

———

(404) 577-1400

Fax (404) 577-3600

July 10, 2026

Michelle Beck                                    Amanda Zarkowsky
Deputy Clerk                                     Deputy Clerk
Honorable Eleanor L. Ross                        Honorable Russell G. Vineyard
75 Ted Turner Drive, S.W.                        75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303                           Atlanta, Georgia 30303

Re:  *United States v. Mario J. Earl*
     Case No. 1:23-CR-0335-ELR-RGV
     **NOTICE OF LEAVE OF ABSENCE**

Dear Ms. Beck and Ms. Zarkowsky:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa., that I will be out of the office for the following time period:

August 22-September 11, 2026

I am requesting that the above-styled case not be calendared during the period of my absence.

Sincerely,

*/s/ Steven H. Sadow*
Steven H. Sadow

SHS:cmp