

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*     *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*     *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

July 15, 2026

To All Courtroom Deputies

Re: U.S. vs Ismael Guerrero-Moya, et al; 1:20-CR-00196-LMM-JSA
U.S. vs Mario J. Earl, et al; 1:23-CR-00335-MLB-RGV
U.S. vs Micheal Mack Jr.; 1:24-CR-00116-MLB-RDC
U.S. vs Antonio Morgan; 1:24-CR-00259-WMR-JKL
U.S. vs Wayne Alford, et al; 1:24-CR-00340-MLB-JEM
U.S. vs Jackelyne Marroquin; 1:25-CR-00046-SDG-CCB
U.S. vs Antwaun Brown, et al; 1:25-CR-00182-SCJ-JEM
U.S. vs Cyril Vickers; 1:25-CR-00263-VMC-CCB
U.S. vs Frederick Yentis; 1:25-CR-00302-WMR-JEM
U.S. vs Michael Hankins; 1:25-CR-00385-ELR-JKL
U.S. vs Dyeshaun Green; 1:25-CR-00448-SEG-JEM
U.S. vs Marco Antonio Cueto-Rosales; 1:25-CR-00473-ELR-JSA
U.S. vs Jarvis McClendon; 1:25-CR-00531-SEG-LRS
U.S. vs Damion Williams, et al; 1:26-CR-00130-VMC-RDC
U.S. vs Ismel Martinez-Reducindo; 1:26-CR-00135-SEG
U.S vs Martin Armando Gonzalez-Martinez; 1:26-CR-00183-TWT
U.S vs Cameron Livsey; 1:26-CR-00201-TRJ-JSA
U.S vs Nahjel Malik Williams; 1:26-CR-00202-JPB-JSA
U.S vs Gregorio Velasco-Cruz; 1:26-CR-00272-MHC
U.S vs Dye-Shaun Green; 1:26-CR-00278-SEG
U.S vs Kosta Zachos; 2:18-CR-00030-UNA
U.S vs Frank Ladara Miller, et al; 4:22-CR-00017-WMR-JHR
U.S vs Anitra Brabson; 4:25-CR-00019-WMR-JHR
U.S vs Anitra Brabson; 4:26-CR-00018-WMR
U.S vs Eisel Jose-Garita; 4:26-CR-00022-WMR-JHR

Dear Deputy:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office of the following dates:

- July 30, 2026 until August 4, 2026
- November 23, 2026 until November 27, 2026
- December 23, 2026 until December 31, 2026
- January 6, 2027

- February 11, 2027 until February 17, 2027

    I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Sincerely,

THEODORE S. HERTZBERG
*United States Attorney*


MATTHEW LAGRONE
*Assistant United States Attorney*


cc:  Counsel for Defendants