# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cr-00335-MLB-RGV
## USA v. Earl, et al.
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 07/16/2026.

TIME COURT COMMENCED: 3:20 P.M.
TIME COURT CONCLUDED: 3:40 P.M.          COURT REPORTER: Jana Colter
TIME IN COURT: 00:20                                     DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Mario J. Earl NOT Present at proceedings<br>[4]Turomne Washington Present at proceedings<br>[7]Jovan Jackson, Jr. NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Gabe Banks representing Mario J. Earl<br>Robert Glickman representing Jovan Jackson<br>Matthew LaGrone representing USA<br>Brian Mendelsohn representing Turomne Washington<br>Sandra Strippoli representing USA |
| PROCEEDING CATEGORY: | Status Conference; |
| MINUTE TEXT: | Status conference held. The Court SETS a jury trial for December 7, 2026 at 9:00 a.m. A separate order is forthcoming. |
| HEARING STATUS: | Hearing Concluded |