IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>MARIO J. EARL, A/K/A MERRY, ET AL. | Criminal Action No.<br>1:23-CR-335-ELR-RGV |

**GOVERNMENT'S BILL OF PARTICULARS**
**STRIKING PROPERTY FROM THE FORFEITURE PROVISION**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Nicholas L. Evert, Assistant United States Attorney, for the Northern District of Georgia, hereby files this Bill of Particulars striking the following property from the forfeiture provision of the above captioned Indictment:

A. CURRENCY

1. $33,000.00 in United States Currency seized on or about January 24, 2024.

B. JEWELRY:

1. 18KT Yellow Gold Rolex President Watch with Solid Gold Bracelet and Champagne Stick Dial seized on or about January 24, 2024.
2. 18KT Rose Gold Audemars Piguet Royal Oak Watch with Diamond Dial seized on or about January 24, 2024.
3. 10KT Yellow Gold Cuban Link 18" 14mm Chain Pave Set Links and Clasp w/3077 Round Brilliant Diamonds seized on or about January 24, 2024.

4. 10KT Rose Gold 20" 6mm Diamond Baguette Necklace seized on or about January 24, 2024.

The United States will no longer be pursuing forfeiture of these assets in this criminal case, and instead will return them to Christina Manriquez, who filed a claim in the administrative forfeiture proceeding.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/NICHOLAS L. EVERT
*Assistant United States Attorney*
Georgia Bar No. 693062
Nicholas.Evert@usdoj.gov