IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MARIO J. EARL,<br>TUROMNE WASHINGTON, AND<br>JOVAN JACKSON, JR. | Criminal Action No.<br>1:23-cr-0335-MLB |

**Government's Proposed Voir Dire Questions**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Matthew LaGrone, and Johnny Baer, Assistant United States Attorneys for the Northern District of Georgia, files these proposed Voir Dire questions to be presented to the prospective jurors in this case.

**General Questions**

1. Did any panel member know any other panel member before reporting for jury service?

2. The other defendants who are part of this case—but not part of this trial—are Ramondo Lynch, Jovan Jackson, Maurice Lynch, Tyronne Johnson, Jr., Elisa Johnson, and Dominique C. Gwinn. Do any of you, your relatives, or your close friends know any of these defendants?

3. Does any panel member know any of the potential witnesses, namely: (AUSA will read list of witnesses)?

4. Does any panel member know Special Agent Evan Leyva, who served as the primary DEA case agent in this investigation?

5. Does any member of the panel have difficulty understanding English,

whether spoken or written?

6. Is there anyone who has any problems with hearing or vision or any other physical or medical problems that might impair your ability to sit as a juror in this case and to devote full attention to this trial?

**<u>Criminal Justice Experience</u>**

7. Have any members of the jury panel ever been arrested or prosecuted for any crime other than a routine traffic offense, or have a close relative or close friend who has (request side bar if necessary)?

   a. If so, who and when?

   b. What was the nature of the charge?

   c. What was the outcome?

   d. Do you believe that you, your family member, or close friend were treated fairly or unfairly by the prosecution?

   e. Would the experience interfere with your ability to serve as a fair and impartial juror?

8. The United States will be calling law enforcement officers as witnesses in this case, including agents with the Drug Enforcement Administration, (DEA), the Spartanburg County (SC) Sheriff's Office, Lawrenceville Police Department, the Cresskill (NJ) Police Department, the Bergen County (NJ) Police Department, the Georgia State Police, and the Federal Bureau of Investigation (FBI). Does anyone have any views about any of these agencies or law enforcement generally that might affect whether you believe the testimony of law enforcement officers and/or agents who might testify?

   a. If so, identify the view(s).

   b. Identify source of view – personal observation, personal interactions with law enforcement, family/friends' interactions with law enforcement, videos in the news, local news stories, national news stories, social media or other internet platforms.

9. Have you, or a family member or close friend, had a bad or unpleasant experience with a law enforcement officer?

   a. Approximately when did this experience (or experiences) occur?

   b. Describe the experience [or describe what your family member or close friend told you about their experience].

   c. Do you recall the law enforcement agency involved in the incident you described? [Local law enforcement? FBI? ATF? DEA?]

   d. Would your experience [or the experience of your family member or close friend] affect your ability to serve as a fair and impartial juror in this case? Explain.

10. Has anyone had to call the police for assistance or had to file a police report? If yes:

   a. Approximately when did the incident (or incidents) occur?

   b. Describe the circumstances that led you to call the police (or to file a police report).

   c. Was the situation resolved?

   d. If so, how do you feel about how the situation was resolved?

**<u>Prior Exposure to the Courts/Law:</u>**

11. Have any of you or a member of your family ever had an unpleasant experience in court or involving prosecutors or other lawyers such that it stands out in your mind as you sit here today?

   a. What happened?

   b. About when did it occur?

   c. Would this experience affect your ability to be a fair and impartial juror if selected to serve in this case?

12. Have any members of the jury panel ever filed a claim or brought a lawsuit against, or with, the United States Government or one of its agencies, or have a close relative or close friend who has done so?

    a. If so, what was the general nature of that claim or lawsuit?

    b. Was the matter resolved to your satisfaction?

    c. Does this experience affect your ability to be a fair and impartial juror if selected to serve in this case?

13. Have you or a member of your family ever attended law school or paralegal school?

14. Have you or a member of your family worked or interned for a law firm, public defender, prosecutor, or otherwise been employed in the legal field?

    a. Where and when?

    b. Would this experience affect your ability to be a fair and impartial juror if selected to serve in this case?

15. Have you or a member of your family ever been retained or testified as an expert witness?

    a. Where and when?

    b. What was the subject matter?

16. Have any of you or a member of your family ever worked in or visited a jail or prison, whether to visit someone incarcerated, to bail someone out of jail, as a part of a prison outreach program, or for any other reason?

    a. What were the circumstances?

17. Have any of you or a member of your family ever belonged to or donated money to a group or organization that is concerned with people accused of crimes or people in prison, such as the Innocence Project, ACLU, or a prison

outreach program?

a. Which group or organization?

**Drug-Related Questions:**

18. Do any of you feel that the drug laws of this country are unduly harsh or unfair?

    a. If so, could you put that belief aside and make a fair and impartial decision from the evidence and law presented?

19. Does any member of the panel believe that the possession, use or distribution of illegal street drugs such as methamphetamine, fentanyl, heroin, or cocaine should be legalized? (excluding marijuana).

    a. If so, could you put that belief aside and make a fair and impartial decision from the evidence and law presented?

20. Do any of you or any member of your family belong to, or otherwise support, any organization that seeks the legalization of controlled substances?

21. Have you, or a family member or close friend suffered from drug addiction or battled substance abuse issues?

**Moral, Religious, Philosophical, Personal Views:**

22. Is there anyone who holds any beliefs, from whatever source, that would cause you to refuse to convict a person, even though you felt the evidence proved that person was guilty beyond a reasonable doubt?

23. Do you hold any religious or moral beliefs that would prevent you from passing or make it difficult for you to pass judgment on the conduct of another person?

24. At the close of the case, the judge will instruct you on the law you must apply to the facts of this case. Is there anyone who would be unwilling to follow the judge's instructions on the law, even if you personally disagree

with the law?

**Miscellaneous**

25. Is there any reason whatsoever that you have not previously disclosed that would prevent you from being fair and impartial to the Government and the defendants?

Submitted this 6rd day of October 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

*/s/ Johnny Baer*
Johnny Baer
*Assistant United States Attorney*
GA Bar No. 624868
John.c.baer@usdoj.gov
600 U.S. Courthouse,
75 Ted Turner Drive, S.W.,
Atlanta, Georgia 30303